William B. Schendel, Atty.
Schendel Law Office
250 Cushman Street, Suite 4E
Fairbanks, AK 99701
Attorney for Petitioner Local 959
Alaska Bar No. 7610128
Tel: 907 451-6500
FAX: 907 451-6510
Email: will@schendellaw.com

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 959, <br><br> Petitioner, <br><br> vs. <br><br> PACIFIC AND ARCTIC RAILWAY AND NAVIGATION COMPANY, <br><br> Respondent. | Case No. 4-13-cv-_____ <br><br> **PETITION TO CONFIRM ARBITRATION AWARD** |

Petitioner Local 959 of the International Brotherhood of Teamsters ("Local 959") pleads as follows:

## THE PARTIES

1. Petitioner Local 959 is an unincorporated labor union association with offices in Fairbanks and elsewhere within the State of Alaska.

2. Respondent Pacific and Arctic Railway and Navigation Company ("PARN") is an Alaska corporation registered in Alaska and doing business in Skagway and elsewhere within the State of Alaska.

## JURISDICTION

3. This Court has jurisdiction under 45 USC § 145 over this claim arising under the Railway Labor Act.

## CLAIM

4. Local 959 and PARN are and have at all relevant times been parties to a collective bargaining agreement with an arbitration provision for labor disputes.

5. On May 8, 2013, arbitrator David Gaba entered an arbitration award that ordered PARN to rescind its termination of David Lehmann's employment and to reinstate Lehmann within ten (10) days of the award, with no lost pay or benefits.

6. Petitioner Local 959 has requested that Respondent PARN comply with arbitrator Gaba's award.

7. Respondent PARN has refused and failed to comply with arbitrator Gaba's award.

8. Respondent PARN's refusal and failure to comply with the arbitration award breach the parties' contract.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner Local 959 requests the Court to

1. Confirm the May 8, 2013, arbitration award;

2. Order Respondent PARN to reinstate David Lehmann as directed by arbitrator Gaba;

3. Order Respondent PARN to make David Lehmann whole for PARN's failure to reinstate him timely, with applicable interest; and

SCHENDEL LAW OFFICE
250 Cushman Street
Suite 500
Fairbanks, AK 99701
Office: (907) 451-6500 / Facsimile: (907) 451-6510

4. Award Petitioner Local its actual, reasonable attorney fees and its costs.

DATED at Fairbanks, Alaska, this 6th day of August, 2013.

SCHENDEL LAW OFFICE
Attorney for Local 959

_____
William B. Schendel
Alaska Bar No.: 7610128

**SCHENDEL LAW OFFICE**
250 Cushman Street
Suite 500
Fairbanks, AK 99701
Office: (907) 451-6500 / Facsimile: (907) 451-6510